## DIXON V. THE STATE.

### *Murder.*

(Decided April 19th, 1906.  40 So. Rep. 1037.)

APPEAL from Marengo Circuit Court.

Heard before HON. JOHN T. LACKLAND.

No counsel for appellant.

MASSEY WILSON, Attorney General, for State.

Affirmed.

Opinion by DOWDELL, J.

WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.

---

## FLEMING V. LEVERETT.

### *Ejectment.*

(Decided Jan. 19th, 1906.  40 So. Rep. 1037.)

APPEAL from Pike Circuit Court.

Heard before HON. H. A. PEARCE.

FOSTER, SAMFORD & CARROLL, for appellant.

BRANNEN & GARNDER, for appellee.

Affirmed.

Opinion by TYSON, J.

All justices concur.

---

## HARDEMAN V. GWIN.

### *Assumpsit.*

(Decided Jan. 30th, 1906.  40 So. Rep. 1037.)

APPEAL from Bessemer City Court.

Heard before HON. B. C. JONES.

J. W. CHAMBLEE, for appellant.

J. A. ESTES, for appellee.

Affirmed.

Opinion by TYSON, J.

All the justices concur.